# UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UTILITY CONTRACTORS ASS'N ) <br> OF NEW ENGLAND, INC., ) <br> W. WALSH COMPANY, INC., ) <br> and RODNEY ELDERKIN, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> CITY OF FALL RIVER, ) <br> ) <br> Defendant. ) | Civil Action No. 10-10994 |

## AFFIDAVIT OF RICHARD WAYNE, ESQ.

I, Richard Wayne, Esq., hereby depose and state:

1. I am an attorney of record for Plaintiffs in the above-referenced action.  I make this affidavit based upon personal knowledge.

2. Attached hereto as Exhibit A is a true and accurate copy of a newspaper online article from the Harold News dated October 12, 2010.

3. Attached hereto as Exhibit B is a true and accurate copy of a newspaper online article from the Harold News dated October 10, 2010.

4. Attached hereto as Exhibit C is a true and accurate copy of a newspaper online article from the Harold News dated September 29, 2010.

5. Attached hereto as Exhibit D is a true and accurate copy of a newspaper online article from the Harold News dated September 21, 2010.

6. Attached hereto as Exhibit E is a true and accurate copy of a newspaper online article from the Harold News dated September 19, 2010.

7.    Attached hereto as Exhibit F is a true and accurate copy of a newspaper online article from the Harold News dated September 15, 2010.

8.    Attached hereto as Exhibit G is a true and accurate copy of a newspaper article from the Harold News dated September 13, 2010.

9.    Attached hereto as Exhibit H is a true and accurate copy of a newspaper online article entitled "Local Hiring Law is Nixed" from the Harold News.

10.    Attached hereto as Exhibit I is a true and accurate copy of a newspaper article from the Harold News dated August 3, 2010.

11.    Attached hereto as Exhibit J is a true and accurate copy of a newspaper online article from the Harold News dated July 3, 2010.

12.    Attached hereto as Exhibit K is a true and accurate copy of a newspaper article entitled "Board Passes 'Responsible' City Ordinance" from the Harold News.

13.    Attached hereto as Exhibit L (attached to hard copy only) is a true and accurate copy of a DVD of a Fall River City Council meeting, which took place on Tuesday, October 12, 2010.

14.    Attached hereto as Exhibit M (attached to hard copy only) is a true and accurate copy of a DVD of a Fall River City Council meeting, which took place on Tuesday, September 14, 2010.

15.    Attached hereto as Exhibit N (attached to hard copy only) is a true and accurate copy of a DVD of a Fall River City Council meeting, which took place on Tuesday, August 10, 2010.

16.    Attached hereto as Exhibit O is a true and accurate copy of the Fall River Responsible Employer Ordinance, number 2010-14 enacted April 15, 2010.

17.     Attached hereto as Exhibit P is a true and accurate copy of the Fall River Responsible Employer Ordinance, number 2000-8 enacted May 8, 2000.  Upon information and belief, upon repealing Ordinance 2010-14, City Council reenacted Ordinance 2000-8.

18.     Attached hereto as Exhibit Q is a true and accurate copy of the Fall River Responsible Employer Ordinance, number 1995-8 enacted May 20, 1995.

19.     Attached hereto as Exhibit R is a true and accurate copy of the Fall River Responsible Employer Ordinance, number 1991-25 enacted July 5, 1991.

20.     Attached hereto as Exhibit S is a true and accurate copy of the Fall River Responsible Employer Ordinance, number 1988.

21.     Attached hereto as Exhibit T is a true and accurate copy of a letter dated July 11, 1994 from Corporation Counsel, Steven Poreira.

22.     Attached hereto as Exhibit U is a true and accurate copy of a document entitled "Contractors Qualifications and Sanctions Ordinance Requirements," drafted pursuant to Ordinance 2010-14 and included in Fall River bid documents prior to the commencement of this lawsuit.

23.     Attached hereto as Exhibit V is a true and accurate copy of guidelines on the Massachusetts Apprenticeship System.

24.     Attached hereto as Exhibit W is a true and accurate copy of M.G.L. c. 23, §§ 11E-11W and 453 CMR 7.01-7.12.

I declare, under penalty of perjury, that the foregoing is true and correct.

RICHARD WAYNE

Dated:  November 1, 2010

CERTIFICATE OF SERVICE

I, Richard D. Wayne, hereby certify that on November 1, 2010, I served an electronic copy of the foregoing document on counsel through the United States District Court ECF filing system.

/s/ Richard D. Wayne_____
Richard D. Wayne