**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UTILITY CONTRACTORS ASS'N <br> OF NEW ENGLAND, INC., <br> W. WALSH COMPANY, INC., <br> And RODNEY ELDERKIN, <br>         Plaintiffs, <br><br> v. <br><br><br><br> CITY OF FALL RIVER, <br>         Defendant. | Civil Action No.: 1:10-CV-10994-RWZ |

## DEFENDANT'S LOCAL RULE 56.1 CONCISE STATEMENT OF MATERIAL FACTS

The Defendant submits the following concise statement of material facts in support of its Opposition to the Plaintiffs' Motion for Summary Judgment.

1. On July 5, 1991, the City of Fall River enacted the Residency for City Supported Construction Projects Ordinance. **See Affidavit of Assistant City Clerk, Ines Leite, Par. 1, as Exhibit A.**

2. On March 20, 1995, the City of Fall River amended the City Supported Construction Projects Ordinance by striking out sections one and two and inserting new language in place thereof. **See Affidavit of Assistant City Clerk, Ines Leite, Par. 2, as Exhibit B.**

3. In 1999, the City of Fall River amended the previous ordinance and changed the name of the ordinance although the language of the ordinance remained consistent. **See Affidavit of Assistant City Clerk, Ines Leite, Par 3, as Exhibit C.**

4.     On May 8, 2000 the City's Revised Ordinances of 1999, which related to purchasing, was amended, and new language was adopted.  **See Affidavit of Assistant City Clerk, Ines Leite, Par 4, as Exhibit D**.

5.     On April 15, 2010, the City of Fall River enacted the Fall River Responsible Employer Ordinance (Section 2-924). The Responsible Employer Ordinance included Section 2-945(a), Hiring and wage requirements for Construction Projects.  **See Affidavit Assistant City Clerk, Ines Leite, Par 5 & 6, as Exhibit E**.

6.     The Terry Brook Reservoir Dam Rehabilitation Project (hereinafter referred to as the "Dam Project") was a Public Works project advertised on May 25, 2010. **See Affidavit of Chief Procurement Officer, Arlene Robinette, Par. 3, as Exhibit O.**

7.     The Bid Specifications for the Dam Project included, but were not limited to, Certification of Compliance with the Fall River Responsible Employer Ordinance. **See Affidavit of Chief Procurement Officer, Arlene Robinette, Par. 5, as Exhibit P.**

8.     The Bid Opening was scheduled for June 16, 2010.  **See Affidavit of Chief Procurement Officer, Arlene Robinette, Par. 7, as Exhibit O.**

9.     On June 15, 2010, the Plaintiffs commenced an action against the City of Fall River. **See Verified Complaint**.

10.    The Plaintiff's claim that, as a result of the provisions of the Fall River Responsible Employer Ordinance, W. Walsh will not bid on the Dam Project, and that Mr. Elderkin is being denied the opportunity to perform work on the Dam Project**. See Plaintiffs Verified Complaint Par. 12 and Answer Par. 12.**

11.    On June 15, 2010, an Addendum was sent to all companies who picked up the bid specifications, including W. Walsh Company, indicating that the bid opening date was to be

rescheduled due to a pending lawsuit. **See Affidavit of Chief Procurement Officer, Arlene Robinette, Par 8, as Exhibit J.**

12. On June 25, 2010, an Addendum was sent to all companies who picked up the bid specifications, including W. Walsh Company, indicating that the bid opening date was scheduled for July 1, 2010, and the Compliance with the Fall River Responsible Employer Ordinance was being deleted from the bid specifications. **See Affidavit of Chief Procurement Officer, Arlene Robinette, Par. 9, as Exhibit S.**

13. W. Walsh did not bid on the Dam Project. **See Affidavit of Chief Procurement Officer, Arlene Robinette, Par. 12, as Exhibit T.**

14. On October 12, 2010, the Fall River City Council repealed the Responsible Employer Ordinance and reverted back to the Contractors, Qualifications and Sanctions Ordinance (Section 2-294), which had been approved on May 8, 2000. **See Affidavit of Assistant City Clerk, Ines Leite, Par. 7, as Exhibit F.**

15. The provisions of the Section 2-294, Contractors, Qualification and Sanctions for Construction projects, is what remains as enforceable. **See Affidavit of Assistant City Clerk, Ines Leite, Par. 8.**

16. The Commonwealth's Division of Apprentice Training lists 396 registered apprenticeship programs in the Commonwealth of Massachusetts. Of these, 29 are jointly trusteed labor management apprenticeship programs, sometimes known as union apprenticeship programs. The remaining 367 programs are so called "open shop," or nonunion, programs. A complete list of these programs, which was produced in response to a public records request to the Division, is attached to the **Affidavit of Elizabeth S. Pereira, as Exhibit G**. A cover sheet summarizing this information is also attached.

17. The following studies and or executive summaries regarding the value of registered apprenticeship programs in improving skills, productivity, and safety on the job, and in preserving and creating a skilled workforce for the future are appended to the **Affidavit of Elizabeth S. Pereira, as Exhibits H to M.**

   a. U.S. Department of Labor, Employment and Training Administration, December 2004, *America's Construction Industry: Identifying and Addressing Workforce Challenges – Report of Findings and Recommendations for The High Growth Job Training Initiative in the Construction Industry*, available at http://www.doleta.gov/brg/pdf/High_Growth_Construction_Report_Final.pdf. This government report details the shortage of skilled workers in the construction industry; the need to recruit and train young and entry level workers; and the need to develop additional capacity in apprenticeship and other training programs;

   b. Allison L. Huang, Robert E. Chapman, and David T. Butry, *Metrics and Tools for Measuring Construction Productivity: Technical and Empirical Considerations*, U.S. Department of Commerce, National Institute of Standards and Technology, Office of Applied Economics, (September 2009), at 22-23, available at http://www.bfrl.nist.gov/oae/publications/nistsp/NISTSP1101.pdf. This study from the National Institute of Standards and Technology documents serious problems in the U.S. construction industry in terms of declining productivity, an aging workforce and the negative impact on productivity caused by the industry's failure to maintain sufficient levels of skill training.

   c. Goodrum, Wang, Univ. of Kentucky; Haas, Vaziri, Univ. of Waterloo; Glover, The Univ. of Texas at Austin Construction Industry Institute, Research Paper, RR231-11, *Construction Industry Craft Training in the United States and Canada, Abstract*, p. 1. available at http://www.construction-institute.org/scriptcontent/more/rr231_11_more.cfm . The report found that "A large body of evidence shows that construction craft training can be effective in a broad range of circumstances. It is good for single capital projects, and the business case for craft training improves the longer craftworkers are engaged in training."

   d. The report also shows "a 1 percent investment in training netted benefits on both capital and maintenance projects, ranging from an 11 percent hike in productivity to a 27 percent decrease in injury rates." The report also highlights the potential benefits of reducing turnover, absenteeism, injuries and rework, and "estimated improvements in all categories." Olson, S, *Construction Training is Good for Your Bottom Line*, Seattle Daily Journal

4

    of Commerce, 3/27/08, available at
http://www.djc.com/news/co/11198999.html.

 e. Construction Users Roundtable (CURT), *Confronting the Skilled Workforce Shortage*, (2004), p. 9.  The Construction Users Roundtable (CURT), the nation's leading trade association for project owners, has strongly recommended that project owners should *prequalify* contractors on the basis of *skill training*.

 f. Lerman, R, Eyster, L., Chambers, K, *The Benefits and Challenges of Registered Apprenticeship: The Sponsors' Perspective,* The Urban Institute Center on Labor, Human Services and Population, and American University (2009) available at
http://www.mass.gov/Elwd/docs/dat/BenefitsChallengesRegisteredApprenticeship_508.pdf.  This report provides a positive assessment of the impact of apprentice training in improving skills, morale, and safety.

18. The Bid Protests of Unicon, Inc. and Regal Floor Covering, Inc. are attached to the

**Affidavit of Assistant City Clerk, Ines Leite, as Exhibit N.**

          Respectfully submitted,

          CITY OF FALL RIVER, et al
          By its Attorney


          /s/ Elizabeth S. Pereira
          Elizabeth S. Pereira
          Assistant Corporation Counsel
          BBO#650491
          One Government Center
          Office of Corporation Counsel
          Fall River, MA 02722
          Tel.: (508) 324-2650
          Fax: (508) 324-2655

Dated: November 15, 2010

6

## CERTIFICATION

I, the undersigned, hereby certify that I have served by means of this Court's ECF system a true copy of the Defendant's Local Rule 56.1 Concise Statement of Material Facts on this 15th day of November, 2010 to Attorney Richard Wayne.

/s/ Elizabeth S. Pereira,Esq
Elizabeth S. Pereira, Esq.