UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UTILITY CONTRACTORS ASS'N** * <br> **OF NEW ENGLAND, INC.,** * <br> **W. WALSH COMPANY, INC.,** * <br> **And RODNEY ELDERKIN,** * <br> Plaintiffs, * <br> * <br> v. * <br> * <br> * <br> * <br> **CITY OF FALL RIVER,** * <br> Defendant. * <br> * | Civil Action No.: 1:10-CV-10994-RWZ |

**AFFIDAVIT OF ELIZABETH S. PEREIRA, ESQ.**

I, Elizabeth S. Pereira, Esq., hereby depose and state to the best of my knowledge the following;

1. I am an attorney of record for the Defendant in the above-referenced action.

2. I have reviewed The Data Report relating to Construction Industry Apprenticeship Programs for Massachusetts and to the best of my knowledge it is a true and correct copy. **See Exhibit G**.

3. I have reviewed the America's Construction Industry: Identifying and Addressing Workforce Challenges – Report of Findings and Recommendations for The High Growth Job Training Initiative in the Construction Industry and to the best of my knowledge it is a true and correct copy. **See Exhibit H**.

4. I have reviewed the Metrics and Tools for Measuring Construction Productivity: Technical and Empirical Considerations, and to the best of my knowledge it is a true and correct copy. **See Exhibit I**.

5. I have reviewed the Goodrum, Wang, Univ. of Kentucky; Haas, Vaziri, Univ. of Waterloo; Glover, The Univ. of Texas at Austin Construction Industry Institute, Research Paper, RR231-11, Construction Industry Craft Training in the United States and Canada, and to the best of my knowledge it is a true and correct copy. **See Exhibit J.**

6. I have reviewed the Olson, S, Construction Training is Good for Your Bottom Line, Seattle Daily Journal of Commerce article, and to the best of my knowledge it is a true and correct copy. **See Exhibit K.**

7. I have reviewed Construction Users Roundtable (CURT), Confronting the Skilled Workforce Shortage, (2004), and to the best of my knowledge it is a true and correct copy. **See Exhibit L.**

8. I have reviewed The Benefits and Challenges of Registered Apprenticeship: The Sponsors' Perspective, and to the best of my knowledge it is a true and correct copy. **See Exhibit M**.

9. I have reviewed The Bid Protests of Unicon, Inc. and Regal Floor Covering, Inc., and to the best of my knowledge it is a true and correct copy. **See Exhibit N.**

Signed under the pains and penalties of perjury 15th the day of November 2010.

/s/ Elizabeth S. Pereira
Elizabeth S. Pereira

**CERTIFICATION**

I, the undersigned, hereby certify that I have served by means of this Court's ECF system a true copy of the Affidavit of Elizabeth S. Pereira, Esq., on this 15th day of November, 2010 to Attorney Richard Wayne.

/s/ Elizabeth S. Pereira,Esq
Elizabeth S. Pereira, Esq