# EXHIBIT G

# Data Report: Construction Industry Apprenticeship Programs for Massachusetts

*The following chart provides data on the total number of construction industry apprentice and training programs registered in the Commonwealth of Massachusetts. The data has been provided by the Commonwealth of Massachusetts, Division of Apprentice Training.*

## Massachusetts

| | |
|---|---|
| Total No. of Construction Apprenticeship Programs | 396 |
| Open Shop/Non-Union Programs | 367 |
| Joint Labor-Management/Union Apprenticeship Programs | 29 |

*A complete listing of all programs is attached

| Program | Sponsors/Programs Joint construction = Union Non-joint construction = Non-union Sponsor | Location | Sponsor Type | Status | Approved Date |
|---|---|---|---|---|---|
| 20013 | BOSTON CARPENTERS APPRENTICESHIP& TRAINING FUND | DORCHESTER, MA | Joint-Construction | Act | 09/16/1972 |
| 20051 | BOSTON PIPE FITTERS LOCAL 537 | DORCHESTER, MA | Joint-Construction | Act | 04/01/1985 |
| 20026 | BOSTON PLASTERERS & CEMENT MASONS #534 | DORCHESTER, MA | Joint-Construction | Act | 01/09/1986 |
| 20054 | BOSTON PLUMBERS LOCAL #12 | Dorchester, MA | Joint-Construction | Act | 08/01/1970 |
| 20065 | BOSTON ROOFERS LOCAL #33 | STOUGHTON, MA | Joint-Construction | Act | 01/01/1986 |
| 20003 | BRICKLAYERS & ALLIED CRAFTSMEN LOCAL 3 | CHARLESTOWN, MA | Joint-Construction | Act | 05/25/1983 |
| 20034 | BROCKTON ELECTRICIANS LOCAL 223 | LAKEVILLE, MA | Joint-Construction | Act | 01/01/1985 |
| 20020 | EASTERN MA CARPENTERS APP & TRAINING FUND | WILMINGTON, MA | Joint-Construction | Act | 01/01/1990 |
| 20028 | ELECT. CONTR. IND. OF GREATER BOSTON #103 | DORCHESTER, MA | Joint-Construction | Act | 01/01/1984 |
| 8533 | ELEVATOR CONSTRUCTORS, INDEP.CONTRS.#4 JATC | DORCHESTER, MA | Joint-Construction | Act | 03/03/2000 |
| 20044 | FINISHING TRADES INSTITUTE OF NEW ENGLAND | ROSLINDALE, MA | Joint-Construction | Act | 01/10/1985 |
| 20035 | FLOORCOVERER'S LOCAL #2168 | DORCHESTER, MA | Joint-Construction | Act | 01/08/1986 |
| 20000 | HEAT & FROST INSULATORS UNION | DORCHESTER, MA | Joint-Construction | Act | 01/03/1986 |
| 20039 | HOISTING & PORTABLE ENGINEERS JATC #98 | E LONGMEADOW, MA | Joint-Construction | Act | 01/11/1977 |
| 20038 | HOISTING & PORTABLE ENGINEERS LOCAL 4 | CANTON, MA | Joint-Construction | Act | 01/16/1977 |
| 8576 | INT. UNION OF ELEVATOR CONSTRUCTORS LOCAL 41 | STERLING, MA | Joint-Construction | Act | 06/13/2000 |
| 20080 | IRON WORKERS LOCAL 7 JATC | S BOSTON, MA | Joint-Construction | Act | 06/20/1986 |
| 20050 | MASS PILE DRIVERS LOCAL 56 | DORCHESTER, MA | Joint-Construction | Act | 01/16/1985 |
| 8173 | MASSACHUSETTS LABORERS' DISTRICT COUNCIL | HOPKINTON, MA | Joint-Construction | Act | 01/15/1998 |
| 20064 | REFRIG., AIR COND. & OIL BURNER. LOCAL #537 | DORCHESTER, MA | Joint-Construction | Act | 09/01/1986 |
| 20066 | ROOFERS & SLATERS JATC LOCAL #248 | CHICOPEE, MA | Joint-Construction | Act | 09/13/1989 |
| 20068 | SHEET METAL WORKERS JAC OF CENT/W. MASS. & VT | SPRINGFIELD, MA | Joint-Construction | Act | 01/28/1986 |
| 20067 | SHEET METAL WORKERS LOCAL #17 | DORCHESTER, MA | Joint-Construction | Act | 10/15/1952 |
| 20031 | SPRINGFIELD AREA ELECTRICIANS L.U. 7 JATC | SPRINGFIELD, MA | Joint-Construction | Act | 01/14/1969 |
| 20060 | SPRINGFIELD PLBRS & PIPEFITTERS L.U. #104 JATC | CHICOPEE, MA | Joint-Construction | Act | 11/03/1986 |
| 20070 | SPRINKLER FITTERS LOCAL #550 | W ROXBURY, MA | Joint-Construction | Act | 01/03/1986 |
| 20024 | WESTERN MASS. CARP. LOCAL 108 JATC | SPRINGFIELD, MA | Joint-Construction | Act | 01/14/1986 |
| 20032 | WORCESTER ELECTRICIANS LOC 96 | WORCESTER, MA | Joint-Construction | Act | 01/01/1986 |
| 20061 | WORCESTER PLUMBERS & PIPEFITTERS LOCAL #4 | WEST BOYLSTON, MA | Joint-Construction | Act | 01/01/1965 |
| 9644 | A & E FIRE PROTECTION, INC. | DEDHAM, MA | Non-Joint-Construction | Act | 06/02/2010 |
| 9488 | A. R. BELLI, INC. | NEWTONVILLE, MA | Non-Joint-Construction | Act | 04/03/2009 |
| 9455 | AAA SPRINKLER COMPANY, INC | WARWICK, RI | Non-Joint-Construction | Act | 11/10/2008 |
| 9174 | ACE TEMPERATURE CONTROL, INC. | WORCESTER, MA | Non-Joint-Construction | Act | 09/26/2005 |
| 7183 | ADAMS PLUMBING & HEATING, INC. | ADAMS, MA | Non-Joint-Construction | Act | 02/15/1990 |
| 9619 | ADDARIO, INC. | LYNN, MA | Non-Joint-Construction | Act | 03/18/2010 |
| 9078 | ADVANCED ALARM SYSTEMS, INC. | FALL RIVER, MA | Non-Joint-Construction | Act | 10/27/2004 |
| 9376 | ADVANCED METAL SYSTEMS CORP. | HOLLISTON, MA | Non-Joint-Construction | Act | 12/17/2007 |
| 9518 | ADVANTAGE GLASS | GEORGETOWN, MA | Non-Joint-Construction | Act | 08/05/2009 |
| 9635 | AIR CLEANING SPECIALISTS OF N.E. LLC | HANOVER, MA | Non-Joint-Construction | Act | 05/04/2010 |
| 8914 | AIR MASTERS HVAC SERVICES OF NEW ENGLAND, INC. | FALL RIVER, MA | Non-Joint-Construction | Act | 03/31/2003 |
| 9473 | ALL STATE BOILER & CONSTRUCTION, INC. | FARMINGTON, CT | Non-Joint-Construction | Act | 02/10/2009 |
| 9223 | ALL-TECH ELECTRIC, INC. | MALDEN, MA | Non-Joint-Construction | Act | 05/12/2006 |
| 9582 | AMERICAN ELECTRICAL CONSTRUCTION, INC. | CARVER, MA | Non-Joint-Construction | Act | 12/22/2009 |
| 99813 | AMP ELECTRICAL INC. | W SPRINGFIELD, MA | Non-Joint-Construction | Act | 10/01/2010 |
| 8211 | ANNESE ELECTRICAL SERVICES INC. | WEYMOUTH, MA | Non-Joint-Construction | Act | 09/06/1994 |
| 9604 | AQUALINE UTILITY, INC. | E BRIDGEWATER, MA | Non-Joint-Construction | Act | 02/12/2010 |
| 8639 | ARAUJO BROTHERS PLUMBING & HEATING, INC. | ACUSHNET, MA | Non-Joint-Construction | Act | 02/12/2001 |
| 9616 | ARDLIN FIRE PROTECTION, INC. | DEDHAM, MA | Non-Joint-Construction | Act | 03/15/2010 |
| 8482 | ASSOCIATED BUILDING WRECKERS, INC. | SPRINGFIELD, MA | Non-Joint-Construction | Act | 09/29/1999 |
| 9266 | AURORA ELECTRIC, INC. | E PROVIDENCE, RI | Non-Joint-Construction | Act | 12/07/2006 |
| 9524 | AVID IRONWORKS, INC. | SPRINGFIELD, MA | Non-Joint-Construction | Act | 08/24/2009 |
| 9503 | B & B ELECTRIC | OSTERVILLE, MA | Non-Joint-Construction | Act | 06/16/2009 |
| 9446 | B & B MECHANICAL SERVICES, INC. | BILLERICA, MA | Non-Joint-Construction | Act | 10/03/2008 |

**Sponsors/Programs Joint construction = Union Non-Joint construction = Non-union**

| Program | Sponsor | Location | Sponsor Type | Status | Approved Date |
|---|---|---|---|---|---|
| 99801 | B & R ELECTRIC | LANCASTER, MA | Non-Joint-Construction | Act | 08/10/2010 |
| 8519 | B. C. CONSTRUCTION | WAKEFIELD, MA | Non-Joint-Construction | Act | 02/14/2000 |
| 9491 | BARROWS ELECTRIC, INC. | AUBURN, MA | Non-Joint-Construction | Act | 04/15/2009 |
| 8780 | BASS ROCKS CONSTRUCTION CORP. | FALL RIVER, MA | Non-Joint-Construction | Act | 05/08/2002 |
| 9559 | BAY STATE BOILER, INC. | PALMER, MA | Non-Joint-Construction | Act | 11/09/2009 |
| 9146 | BAY STATE WIRING COMPANY, INC. | BILLERICA, MA | Non-Joint-Construction | Act | 05/18/2005 |
| 9056 | BEAUDRY ELECTRIC, INC. | CHICOPEE, MA | Non-Joint-Construction | Act | 08/11/2004 |
| 8799 | BEAUPRE ELECTRIC, INC. | ASSONET, MA | Non-Joint-Construction | Act | 06/10/2002 |
| 99802 | BELCOUR CORP | WOONSOCKET, RI | Non-Joint-Construction | Act | 08/10/2010 |
| 9584 | BERGER PAINTING, INC. | HOLYOKE, MA | Non-Joint-Construction | Act | 12/23/2009 |
| 9323 | BL MECHANICAL, INC. | DOUGLAS, MA | Non-Joint-Construction | Act | 04/24/2007 |
| 9543 | BLUE HILLS ELECTRICAL CORPORATION | WESTWOOD, MA | Non-Joint-Construction | Act | 10/16/2009 |
| 9554 | BOB HEGARTY & SON'S ELECTRIC, INC. | TOWNSEND, MA | Non-Joint-Construction | Act | 10/30/2009 |
| 9269 | BOSE CORPORATION | FRAMINGHAM, MA | Non-Joint-Construction | Act | 12/14/2006 |
| 9544 | BOSTON ELECTRIC & TELEPHONE CORP. | Dorchester, MA | Non-Joint-Construction | Act | 10/19/2009 |
| 9051 | BOULANGER'S PLUMBING & HEATING, INC. | EASTHAMPTON, MA | Non-Joint-Construction | Act | 07/23/2004 |
| 9361 | BRATTAN INDUSTRIES, INC. / dba, MAKI ELECTRICAL | LITTLETON, MA | Non-Joint-Construction | Act | 10/12/2007 |
| 8774 | BRAZA & MANCINI, INC. | MILFORD, MA | Non-Joint-Construction | Act | 04/16/2002 |
| 9079 | BREEN & SULLIVAN MECHANICAL SERVICES, INC | DANVERS, MA | Non-Joint-Construction | Act | 10/29/2004 |
| 5772 | BRITE-LITE ELECTRIC CO., INC. | WEYMOUTH, MA | Non-Joint-Construction | Act | 08/18/1984 |
| 9219 | BUILDING TECHNOLOGY ENGINEERS / EMCOR | STONEHAM, MA | Non-Joint-Construction | Act | 04/12/2006 |
| 9254 | BURNELL CONTROLS, INC. | DANVERS, MA | Non-Joint-Construction | Act | 10/04/2006 |
| 8852 | C. G. ELECTRIC, INC. | TEWKSBURY, MA | Non-Joint-Construction | Act | 06/25/2002 |
| 9383 | C.A. SENECAL ELECTRICAL SERVICES, INC. | WORCESTER, MA | Non-Joint-Construction | Act | 02/01/2008 |
| 9580 | C.C. CONSTRUCTION, INC. | S DENNIS, MA | Non-Joint-Construction | Act | 12/22/2009 |
| 9594 | C.J.P. & SONS CONSTRUCTION CO., INC. | MILLIS, MA | Non-Joint-Construction | Act | 01/25/2010 |
| 9615 | CALLAHAN AIR CONDITIONING & HEATING, INC. | N ANDOVER, MA | Non-Joint-Construction | Act | 03/12/2010 |
| 9299 | CAM HVAC & CONSTRUCTION, INC. | SMITHFIELD, RI | Non-Joint-Construction | Act | 02/14/2007 |
| 9466 | CAMARA'S HEATING & AIR CONDITIONING SERVICES | WESTPORT, MA | Non-Joint-Construction | Act | 12/18/2008 |
| 8786 | CAPEWAY ROOFING SYSTEMS | WESTPORT, MA | Non-Joint-Construction | Act | 01/14/2010 |
| 9612 | CAPONE IRON CORPORATION | ROWLEY, MA | Non-Joint-Construction | Act | 03/04/2010 |
| 8400 | CARLTON ELECTRICAL CONSTRUCTION , CORP. | MARBLEHEAD, MA | Non-Joint-Construction | Act | 03/15/1999 |
| 9246 | CB RICHARD ELLIS - N.E. | BOSTON, MA | Non-Joint-Construction | Act | 08/25/2006 |
| 9566 | CHENEVERT ELECTRIC, INC. | LUDLOW, MA | Non-Joint-Construction | Act | 11/24/2009 |
| 9602 | CIANBRO CORPORATION | PITTSFIELD, ME | Non-Joint-Construction | Act | 02/09/2010 |
| 99822 | CITIZENS BANK | RIVERSIDE, RI | Non-Joint-Construction | Act | 11/02/2010 |
| 9444 | CLIMATE HEATING & COOLING, INC. | PITTSFIELD, MA | Non-Joint-Construction | Act | 09/23/2008 |
| 9463 | CMC ELEVATOR CORPORATION | NORWOOD, MA | Non-Joint-Construction | Act | 12/12/2008 |
| 7339 | COGSWELL SPRINKLER CO., INC. | WORCESTER, MA | Non-Joint-Construction | Act | 05/30/1991 |
| 9313 | COLANTONIO, INC. | HOLLISTON, MA | Non-Joint-Construction | Act | 03/22/2007 |
| 9620 | COLANTUNO ELECTRICAL COMPANY, INC. | LYNN, MA | Non-Joint-Construction | Act | 03/18/2010 |
| 8850 | COLBERT ELECTRICAL CO., INC. | READING, MA | Non-Joint-Construction | Act | 11/13/2002 |
| 9500 | COLOR CONCEPTS, INC. | LINCOLN, RI | Non-Joint-Construction | Act | 06/08/2009 |
| 9547 | COLUMBUS ENERGIES, INC. | SWANSEA, MA | Non-Joint-Construction | Act | 10/22/2009 |
| 7993 | COMALLI GROUP, INC. | PITTSFIELD, MA | Non-Joint-Construction | Act | 10/01/1996 |
| 8703 | COMMERCIAL CONSTRUCTION CORP. | MIDDLETON, MA | Non-Joint-Construction | Act | 08/09/2001 |
| 9647 | CONSERVE THRU CONTROLS INC. | N. ADAMS, MA | Non-Joint-Construction | Act | 06/16/2010 |
| 8502 | CONSIGLI CONSTRUCTION CO., INC. | MILFORD, MA | Non-Joint-Construction | Act | 12/09/1999 |
| 9538 | CONTRACTORS NETWORK, INC. | SEEKONK, MA | Non-Joint-Construction | Act | 10/01/2009 |
| 9495 | CONTROL AIR SYSTEMS | REVERE, MA | Non-Joint-Construction | Act | 04/29/2009 |
| 8944 | CORA ELECTRICAL SERVICES | E BOSTON, MA | Non-Joint-Construction | Act | 05/30/2003 |
| 7932 | CRANNEY ELECTRIC COMPANY, INC. | DANVERS, MA | Non-Joint-Construction | Act | 07/11/1996 |
| 7684 | CROCKER ARCHITECTURAL SHEET METAL CO., INC. | OXFORD, MA | Non-Joint-Construction | Act | 01/25/1995 |

**Sponsors/Programs Joint construction = Union  Non-joint construction = Non-union**

| Program | Sponsor | Location | Sponsor Type | Status | Approved Date |
|---|---|---|---|---|---|
| 9478 | CROCKER BUILDING CO. | SPRINGFIELD, MA | Non-Joint-Construction | Act | 02/26/2009 |
| 9506 | CROUCH ELECTRICAL CONTRACTING, LLC | S EASTON, MA | Non-Joint-Construction | Act | 06/26/2009 |
| 6903 | CROWE & SONS ELECTRICAL CORP. | LOWELL, MA | Non-Joint-Construction | Act | 09/02/1976 |
| 99810 | CRT PLUMBING & HEATING | STONEHAM, MA | Non-Joint-Construction | Act | 05/05/2010 |
| 9537 | D & C CONSTRUCTION CO., INC. | ROCKLAND, MA | Non-Joint-Construction | Act | 10/01/2009 |
| 7435 | D & D ELECTRICAL CONTRACTORS, INC. | WOBURN, MA | Non-Joint-Construction | Act | 07/16/1992 |
| 7933 | D. M. H. ELECTRIC, INC. | STERLING, MA | Non-Joint-Construction | Act | 07/23/1996 |
| 9627 | D.A. MELO ELECTRIC & CONTROLS | N DARTMOUTH, MA | Non-Joint-Construction | Act | 04/14/2010 |
| 9301 | D.F.M. INDUSTRIES, INC. | WRENTHAM, MA | Non-Joint-Construction | Act | 02/28/2007 |
| 9522 | D.P. CARNEY, INC. | WARE, MA | Non-Joint-Construction | Act | 08/12/2009 |
| 8255 | D'AGOSTINO ASSOCIATES INC. | NEWTON, MA | Non-Joint-Construction | Act | 05/01/1997 |
| 8838 | D'ALLESANDRO CORP. | AVON, MA | Non-Joint-Construction | Act | 10/17/2002 |
| 9598 | DANKRIS BUILDERS CORP. | PLAINVILLE, MA | Non-Joint-Construction | Act | 02/01/2010 |
| 5992 | DAVID R. NORTHUP ELECTRICAL CONTR, INC. | AGAWAM, MA | Non-Joint-Construction | Act | 07/01/1985 |
| 8188 | DAVISON CO., INC. | SOMERVILLE, MA | Non-Joint-Construction | Act | 01/06/2010 |
| 9379 | DECCO, INC. | BROOKLINE, NH | Non-Joint-Construction | Act | 01/17/2008 |
| 9424 | DINUCCI ELECTRICAL CORP. | MEDFORD, MA | Non-Joint-Construction | Act | 07/09/2008 |
| 8747 | DI-ROCK ELECTRIC | CLINTON, MA | Non-Joint-Construction | Act | 02/07/2002 |
| 8121 | DOBBERT HEATING & AIR CONDITIONING, INC. | N ADAMS, MA | Non-Joint-Construction | Act | 09/29/2008 |
| 9458 | DOONRYAN ELECTRIC CO., INC. | BOSTON, MA | Non-Joint-Construction | Act | 11/26/2008 |
| 9129 | D-TECH ELECTRICAL CO., INC. | FALL RIVER, MA | Non-Joint-Construction | Act | 04/04/2005 |
| 9613 | DUCTCO, LLC | BLOOMFIELD, CT | Non-Joint-Construction | Act | 03/04/2010 |
| 8847 | DUMAIS ELECTRIC | METHUEN, MA | Non-Joint-Construction | Act | 09/27/2002 |
| 6983 | E. AMANTI & SONS, INC. | SALEM, MA | Non-Joint-Construction | Act | 02/03/1989 |
| 9638 | E. H. PERKINS CONSTRUCTION, INC. | HUDSON, MA | Non-Joint-Construction | Act | 05/21/2010 |
| 8401 | E.W. MARTIN ELECTRICAL CONTRACTORS, INC. | GREENFIELD, MA | Non-Joint-Construction | Act | 02/18/1999 |
| 9572 | EAGLE POINT BUILDERS, INC. | BELMONT, MA | Non-Joint-Construction | Act | 12/07/2009 |
| 5053 | EBACHER PLUMBING & HEATING | AMESBURY, MA | Non-Joint-Construction | Act | 01/02/1981 |
| 9415 | ED PEDCHENKO CONTRACTING | WEBSTER, MA | Non-Joint-Construction | Act | 04/23/2008 |
| 9156 | EGAN ELECTRIC CORP. | HOPKINTON, MA | Non-Joint-Construction | Act | 06/21/2005 |
| 9592 | ELAD INDUSTRIAL INSULATION, INC. | SHARON, MA | Non-Joint-Construction | Act | 01/20/2010 |
| 8261 | ELECTRICAL DYNAMICS INC. | N READING, MA | Non-Joint-Construction | Act | 11/10/1994 |
| 9589 | ELECTRICAL INSTALLATIONS, INC. | MOULTONBORO, NH | Non-Joint-Construction | Act | 01/08/2010 |
| 8728 | ELECTRICAL MAINTENANCE & CONSTRUCTION, INC. | WORCESTER, MA | Non-Joint-Construction | Act | 11/30/2001 |
| 2906 | ELM ELECTRICAL, INC. | WESTFIELD, MA | Non-Joint-Construction | Act | 10/01/1986 |
| 9164 | EMOND PLUMBING & HEATING, INC. | TAUNTON, MA | Non-Joint-Construction | Act | 08/16/2005 |
| 9401 | ENERGY EFFICIENCY SERVICES, INC. | S LANCASTER, MA | Non-Joint-Construction | Act | 03/27/2008 |
| 9346 | ENERGY ELECTRIC CO., INC. | WOONSOCKET, RI | Non-Joint-Construction | Act | 07/20/2007 |
| 8358 | ENTERPRISE EQUIPMENT CO., INC. | WEYMOUTH, MA | Non-Joint-Construction | Act | 01/19/1999 |
| 9227 | ENVIRONMENTAL FIRE PROTECTION, INC. | MARLBORO, MA | Non-Joint-Construction | Act | 05/19/2006 |
| 8680 | EQUITY OFFICE PROPERTIES | BOSTON, MA | Non-Joint-Construction | Act | 06/13/2001 |
| 8879 | ESSEX COUNTY CRAFTSMEN, INC. | SALEM, MA | Non-Joint-Construction | Act | 01/23/2003 |
| 9344 | EWING ELECTRICAL CO., INC. | DEERFIELD, NH | Non-Joint-Construction | Act | 07/05/2007 |
| 9585 | F.D. JONES ELECTRIC, INC. | MATTAPOISETT, MA | Non-Joint-Construction | Act | 12/23/2009 |
| 9382 | FALITE BROTHERS | WAKEFIELD, MA | Non-Joint-Construction | Act | 01/24/2008 |
| 99791 | FERGUSON ELECTRIC CO. INC. | PLAINVILLE, CT | Non-Joint-Construction | Act | 06/30/2010 |
| 8458 | FERNANDES MASONRY | NEW BEDFORD, MA | Non-Joint-Construction | Act | 07/27/1999 |
| 9193 | FIRE GUARD SYSTEMS, INC. | N ATTLEBORO, MA | Non-Joint-Construction | Act | 12/09/2005 |
| 8783 | Fire Suppressions Systems, Inc/Encore | Braintree, MA | Non-Joint-Construction | Act | 05/09/2002 |
| 9212 | FLEMING BROS., INC. | QUINCY, MA | Non-Joint-Construction | Act | 02/15/2006 |
| 9139 | FLORENCE ELECTRIC, LLC | TAUNTON, MA | Non-Joint-Construction | Act | 04/25/2005 |
| 9542 | FMC TECHNOLOGIES, INC. | BILLERICA, MA | Non-Joint-Construction | Act | 10/14/2009 |
| 9136 | FRANK I. ROUNDS COMPANY, INC. | RANDOLPH, MA | Non-Joint-Construction | Act | 04/21/2005 |

| Program | Sponsor | Location | Sponsor Type | Status | Approved Date |
|---|---|---|---|---|---|
| | **Sponsors/Programs Joint construction = Union Non-Joint construction = Non-union** | | | | |
| 7523 | FRASER ENGINEERING CO., INC. | NEWTONVILLE, MA | Non-Joint-Construction | Act | 07/20/1993 |
| 7898 | G & B ELECTRICAL SERVICES, INC. | AMESBURY, MA | Non-Joint-Construction | Act | 05/06/1996 |
| 9122 | G & H HEATING AND COOLING | FREETOWN, MA | Non-Joint-Construction | Act | 03/18/2005 |
| 7639 | G & O, INC. | DORCHESTER, MA | Non-Joint-Construction | Act | 09/15/1994 |
| 99811 | G. Lopes Construction Co. | Taunton, MA | Non-Joint-Construction | Act | 09/24/2010 |
| 8271 | G.H. ELECTRICAL SERVICES CO INC. | ATTLEBORO, MA | Non-Joint-Construction | Act | 04/11/1995 |
| 9176 | GABLE ELECTRIC, INC. | PITTSFIELD, MA | Non-Joint-Construction | Act | 10/07/2005 |
| 9201 | GARAVENTA USA, INC. | WOBURN, MA | Non-Joint-Construction | Act | 01/19/2006 |
| 9339 | GEM PLUMBING & HEATING CO., INC. | LINCOLN, RI | Non-Joint-Construction | Act | 06/28/2007 |
| 9307 | GEMINI ELECTRIC, INC. | S DARTMOUTH, MA | Non-Joint-Construction | Act | 03/12/2007 |
| 9575 | GENERAL AIR CONDITIONING & HEATING, INC. | DORCHESTER, MA | Non-Joint-Construction | Act | 12/18/2009 |
| 8806 | GENERAL MECHANICAL CONTRACTORS, INC. | AUBURN, MA | Non-Joint-Construction | Act | 06/20/2002 |
| 8431 | GEORGE T. WILKINSON, INC. | ROCKLAND, MA | Non-Joint-Construction | Act | 05/17/1999 |
| 8407 | GIBSON'S ROOFS, INC. | HANOVER, MA | Non-Joint-Construction | Act | 03/25/1999 |
| 8663 | GLYNN ELECTRIC, INC. | PLYMOUTH, MA | Non-Joint-Construction | Act | 05/03/2001 |
| 9641 | GONEAU ELECTRICAL CONTRACTING, LLC | ARLINGTON, MA | Non-Joint-Construction | Act | 05/26/2010 |
| 7594 | GOODLESS ELECTRIC CO., INC. | WEST SPRINGFIELD, MA | Non-Joint-Construction | Act | 01/03/1994 |
| 9363 | GRACE ELECTRIC, INC. | JAFFREY, NH | Non-Joint-Construction | Act | 10/19/2007 |
| 2888 | GRASSESCHI PLBG. & HTG. & SPKL. CONTR. INC. | WORCESTER, MA | Non-Joint-Construction | Act | 05/25/1974 |
| 99803 | GREGOIRE ELECTRICAL CO. INC. | SPENCER, MA | Non-Joint-Construction | Act | 08/18/2010 |
| 9497 | GroSolar Global Resource Options, Inc. | BILLERICA, MA | Non-Joint-Construction | Act | 05/22/2009 |
| 9120 | GTA LANDSCAPING, INC. | EVERETT, MA | Non-Joint-Construction | Act | 03/08/2005 |
| 9607 | GUZOVSKY ELECTRIC, INC. | NORWOOD, MA | Non-Joint-Construction | Act | 03/01/2010 |
| 6853 | HALL SHEET METAL WORKS, INC. HVAC CONTR | MIDDLETON, MA | Non-Joint-Construction | Act | 07/07/1989 |
| 9370 | HANLON SHEET METAL CONTRACTORS, INC. | WEST MEDFORD, MA | Non-Joint-Construction | Act | 11/05/2007 |
| 99823 | HAROLD BROTHERS MECHANICAL CONTRACTORS, INC. | NORWELL, MA | Non-Joint-Construction | Act | 11/04/2010 |
| 9496 | HEALTH ALLIANCE HOSPITALS, INC. | LEOMINISTER, MA | Non-Joint-Construction | Act | 05/19/2009 |
| 9646 | HENRY'S ELECTRIC INC. | LEE, MA | Non-Joint-Construction | Act | 06/16/2010 |
| 8859 | HFP FIRE SPRINKLER, INC. | WESTFIELD, MA | Non-Joint-Construction | Act | 12/02/2002 |
| 9623 | HOMER RAY REFRIGERATION, LLC | NANTUCKET, MA | Non-Joint-Construction | Act | 03/24/2010 |
| 7366 | HORIZON METALS, INC. | TYNGSBORO, MA | Non-Joint-Construction | Act | 07/01/1991 |
| 8272 | HOWSE CORPORATION | N READING, MA | Non-Joint-Construction | Act | 10/01/1994 |
| 9211 | HUB ELECTRIC | WOBURN, MA | Non-Joint-Construction | Act | 02/09/2006 |
| 8815 | HVAC/R SERVICE CONTRACTORS, INC. | AUBURN, MA | Non-Joint-Construction | Act | 06/20/2002 |
| 8138 | ICON WEST CORPORATION | SPRINGFIELD, MA | Non-Joint-Construction | Act | 09/17/1997 |
| 8276 | INDEPENDENT ROOFING CO INC. | WESTFIELD, MA | Non-Joint-Construction | Act | 11/10/1994 |
| 9603 | INDUSTRIAL BURNER SYSTEMS, INC. | QUINCY, MA | Non-Joint-Construction | Act | 02/12/2010 |
| 99806 | INDUSTRIAL MECHANICAL INSULATION | SOUTHAMTON, MA | Non-Joint-Construction | Act | 08/25/2010 |
| 8677 | INDUSTRIAL TECHNICAL SERVICES, INC. | WESTFIELD, MA | Non-Joint-Construction | Act | 06/05/2001 |
| 9631 | INTEGRITY MECHANICAL CONTRACTORS, INC. | NEW BEDFORD, MA | Non-Joint-Construction | Act | 04/15/2010 |
| 8277 | INTERSTATE ELECTRICAL SERVICES CORP. | N BILLERICA, MA | Non-Joint-Construction | Act | 01/01/1965 |
| 9477 | INVEST ELECTRICAL COMPANY, LLC | BOSTON, MA | Non-Joint-Construction | Act | 02/26/2009 |
| 9545 | ISLAND LIGHTING & POWER SYSTEMS, INC. | NORFOLK, MA | Non-Joint-Construction | Act | 10/21/2009 |
| 7926 | J & E MECHANICAL CORP | METHUEN, MA | Non-Joint-Construction | Act | 07/02/1996 |
| 9514 | J & G TECHNOLOGY, LLC | AGAWAM, MA | Non-Joint-Construction | Act | 07/24/2009 |
| 99805 | J & J CONTRACTING | LOWELL, MA | Non-Joint-Construction | Act | 08/20/2010 |
| 9546 | J LEE ASSOCIATES dba J LEE ELECTRICAL SERVICES | MARLBOROUGH, MA | Non-Joint-Construction | Act | 10/21/2009 |
| 8139 | J. D. RIVET & CO., INC. | SPRINGFIELD, MA | Non-Joint-Construction | Act | 10/07/1997 |
| 9621 | J. D'AMICO, INC. | RANDOLPH, MA | Non-Joint-Construction | Act | 03/24/2010 |
| 9600 | J. J. CARDOSI, INC. | E PROVIDENCE, RI | Non-Joint-Construction | Act | 02/05/2010 |
| 9633 | J. MARCHESE & SONS, INC. | EVERETT, MA | Non-Joint-Construction | Act | 04/16/2010 |
| 9617 | J.W. DUBIS & SONS, INC. | CHATHAM, MA | Non-Joint-Construction | Act | 03/18/2010 |
| 9265 | JAMES T. HUGHES SHEET METAL, INC. | FALL RIVER, MA | Non-Joint-Construction | Act | 12/05/2006 |

| Sponsors/Programs Joint construction = Union Non-joint construction = Non-union | | | | | |
|---|---|---|---|---|---|
| Program | Sponsor | Location | Sponsor Type | Status | Approved Date |
| 9271 | JAY-MOR ENTERPRISES, INC. (NH) | PELHAM, NH | Non-Joint-Construction | Act | 12/20/2006 |
| 8447 | JC LENTINE ELECTRIC SERVICE, INC. | HYDE PARK, MA | Non-Joint-Construction | Act | 05/10/1999 |
| 9601 | JOHN CANTO LANDSCAPING & BOBCAT SERVICE, INC. | HARWICH, MA | Non-Joint-Construction | Act | 02/08/2010 |
| 9605 | JOSEPH P. CARDILLO & SON, INC. | WAKEFIELD, MA | Non-Joint-Construction | Act | 02/24/2010 |
| 9628 | JUNCTION, INC. | NORWOOD, MA | Non-Joint-Construction | Act | 04/14/2010 |
| 5152 | JUPITER ELECTRIC INC. | N READING, MA | Non-Joint-Construction | Act | 09/21/1981 |
| 9573 | K. WALTER CONSTRUCTION CO., INC. | NORTON, MA | Non-Joint-Construction | Act | 12/07/2009 |
| 9245 | KAPILOFF'S GLASS, INC. | WILLIAMSTOWN, MA | Non-Joint-Construction | Act | 08/14/2006 |
| 9561 | KENNETH R. JEAN, INC. | ASHBURNHAM, MA | Non-Joint-Construction | Act | 11/10/2009 |
| 9380 | KENNEY & BISHOP ELECTRIC, INC. | CUMBERLAND, RI | Non-Joint-Construction | Act | 01/18/2008 |
| 8050 | KING PAINTING, INC | N ANDOVER, MA | Non-Joint-Construction | Act | 04/29/1997 |
| 9433 | KNEELAND PLUMBING & HEATING, INC. | ROWLEY, MA | Non-Joint-Construction | Act | 07/24/2008 |
| 9362 | KRONENBERGER & SONS RESTORATION, INC. | MIDDLETOWN, CT | Non-Joint-Construction | Act | 10/19/2007 |
| 9625 | L & D SERVICES, INC. | MONSON, MA | Non-Joint-Construction | Act | 03/24/2010 |
| 9505 | L.N. KING PLUMBING, HEATING & A.C., INC. | SPRINGFIELD, MA | Non-Joint-Construction | Act | 06/26/2009 |
| 99793 | LAB FURNITURE INSTALLATIONS & SALES INC. | MIDDLETON, MA | Non-Joint-Construction | Act | 07/07/2010 |
| 6371 | LAFLEUR ELECTRICAL CONTRACTOR | AUBURN, MA | Non-Joint-Construction | Act | 04/27/1987 |
| 9309 | LAKE INDUSTRIES, INC. | STONEHAM, MA | Non-Joint-Construction | Act | 03/23/2007 |
| 99818 | LARACY ELECTRICAL CONTRACTORS, INC. | WALPOLE, MA | Non-Joint-Construction | Act | 10/19/2010 |
| 6188 | LeVANGIE ELECTRIC CO., INC. | WEYMOUTH, MA | Non-Joint-Construction | Act | 10/06/1986 |
| 9024 | LIGHTHOUSE MASONRY, INC. | NEW BEDFORD, MA | Non-Joint-Construction | Act | 03/30/2004 |
| 9640 | LINWOOD CONSTRUCTION CO., LLC | SOMERVILLE, MA | Non-Joint-Construction | Act | 05/25/2010 |
| 9259 | LOCKHEED WINDOW CORP. | PASCOAG, RI | Non-Joint-Construction | Act | 10/23/2006 |
| 9343 | LONZA COMPANY | HOPKINTON, MA | Non-Joint-Construction | Act | 07/05/2007 |
| 9427 | LVR CORPORATION | WAKEFIELD, MA | Non-Joint-Construction | Act | 06/10/2008 |
| 9073 | LYNCO FIRE PROTECTION | BURLINGTON, MA | Non-Joint-Construction | Act | 10/13/2004 |
| 9501 | M & J CONSTRUCTION CO OF PINELLAS CTY, INC. FL | TARPON SPRINGS, FL | Non-Joint-Construction | Act | 06/08/2009 |
| 9169 | M C L MECHANICAL SERVICES, INC. | W SPRINGFIELD, MA | Non-Joint-Construction | Act | 09/07/2005 |
| 9571 | M. G. DENSON ELECTRIC, INC. | SPRINGFIELD, MA | Non-Joint-Construction | Act | 12/07/2009 |
| 8316 | M. J. MORAN, INC. | HAYDENVILLE, MA | Non-Joint-Construction | Act | 07/01/1998 |
| 8503 | MacNICHOL ELECTRIC, INC. | LYNNFIELD, MA | Non-Joint-Construction | Act | 11/28/1999 |
| 8279 | MAGUIRE COMPANY, INC. | NEWTON, MA | Non-Joint-Construction | Act | 10/24/1983 |
| 99804 | MANCHESTER ELECTRIC | MANCHESTER, MA | Non-Joint-Construction | Act | 08/18/2010 |
| 9202 | MARATHON FIRE PROTECTION, INC. | SEEKONK, MA | Non-Joint-Construction | Act | 01/23/2006 |
| 7773 | MARIO SUSI & SONS, INC. | DORCHESTER, MA | Non-Joint-Construction | Act | 05/26/1994 |
| 9504 | MARNEY ELECTRICAL SERVICES, INC. | FLORENCE, MA | Non-Joint-Construction | Act | 06/23/2009 |
| 9642 | MASSACHUSETTS BROKEN STONE COMPANY | BERLIN, MA | Non-Joint-Construction | Act | 05/27/2010 |
| 9475 | MAXTON TECHNOLOGY, INC. | S EASTON, MA | Non-Joint-Construction | Act | 02/24/2009 |
| 9622 | MCLEAN PAINTING | DANVERS, MA | Non-Joint-Construction | Act | 03/24/2010 |
| 9305 | MECHANICAL CONSTRUCTION & SERVICES, INC. | LAWRENCE, MA | Non-Joint-Construction | Act | 03/12/2007 |
| 9586 | MECO ENVIRONMENTAL SERVICES, INC. | WEYMOUTH, MA | Non-Joint-Construction | Act | 12/30/2009 |
| 9014 | MEDFORD WELLINGTON SERVICE CO., INC. | MEDFORD, MA | Non-Joint-Construction | Act | 02/23/2004 |
| 7645 | MERCIER ELECTRIC CO., INC. | AUBURN, MA | Non-Joint-Construction | Act | 10/07/1994 |
| 9527 | MERRIMACK VALLEY SHEET METAL, INC. | METHUEN, MA | Non-Joint-Construction | Act | 08/24/2009 |
| 9310 | METHUEN CONSTRUCTION CO. | SALEM, NH | Non-Joint-Construction | Act | 03/21/2007 |
| 6898 | METRAS ELECTRIC INC. | LUDLOW, MA | Non-Joint-Construction | Act | 06/03/1968 |
| 8586 | METROPOLITAN CORPORATION | MILLIS, MA | Non-Joint-Construction | Act | 08/05/2009 |
| 7484 | METRO-SWIFT SPRINKLER CORP. | PEABODY, MA | Non-Joint-Construction | Act | 02/01/1993 |
| 99814 | METSO AUTOMATION USA INC. | SHEWSBURY, MA | Non-Joint-Construction | Act | 10/01/2010 |
| 99807 | MIC MAC MECHANICAL INSULATION LLC | HOLYOKE, MA | Non-Joint-Construction | Act | 09/01/2010 |
| 8444 | MIDDLEBORO GAS & ELECTRIC COMPANY | MIDDLEBORO, MA | Non-Joint-Construction | Act | 05/28/1999 |
| 9549 | MINUS-ELEVEN, INC. | WEYMOUTH, MA | Non-Joint-Construction | Act | 10/23/2009 |
| 8638 | MOBILE INSULATION CO., INC. | WALTHAM, MA | Non-Joint-Construction | Act | 02/09/2001 |

| Program | Sponsor | Location | Sponsor Type | Status | Approved Date |
|---|---|---|---|---|---|
| 9470 | MOUNTAIN VIEW LANDSCAPES AND LAWNCARE, INC. | CHICOPEE, MA | Non-Joint-Construction | Act | 02/10/2009 |
| 9530 | MULTIPRO WALL SYSTEMS, LLC | HUDSON, NH | Non-Joint-Construction | Act | 09/08/2009 |
| 8804 | M-V ELECTRICAL CONTRACTORS, INC. | ACUSHNET, MA | Non-Joint-Construction | Act | 06/14/2002 |
| 6810 | NARDONE ELECTRICAL CORP. | MEDFORD, MA | Non-Joint-Construction | Act | 05/02/1989 |
| 9480 | NATIONAL MECHANICAL SERVICES, INC. | WOBURN, MA | Non-Joint-Construction | Act | 03/23/2009 |
| 9583 | NBE ELECTRICAL CONTRACTORS, INC. | WARREN, MA | Non-Joint-Construction | Act | 12/23/2009 |
| 9057 | NEW AGE ELECTRICAL SERVICES, LLC | SUDBURY, MA | Non-Joint-Construction | Act | 08/18/2004 |
| 99790 | NEW ENGLAND AIR CONDITIONING | WESTON, MA | Non-Joint-Construction | Act | 06/29/2010 |
| 9167 | NEW ENGLAND ELECTRICAL SYSTEMS, INC. | FOXBORO, MA | Non-Joint-Construction | Act | 08/24/2005 |
| 9595 | NEW ENGLAND INFRASTRUCTURE, INC. | HUDSON, MA | Non-Joint-Construction | Act | 01/28/2010 |
| 9000 | NEW ENGLAND MECHANICAL SERVICES, INC. | PALMER, MA | Non-Joint-Construction | Act | 11/28/2003 |
| 8275 | NEW ENGLAND POWER GROUP | WOBURN, MA | Non-Joint-Construction | Act | 12/08/2008 |
| 8898 | NEW ENGLAND SCHOOL SERVICES, INC. | MEDFORD, MA | Non-Joint-Construction | Act | 02/26/2003 |
| 8702 | NEW HORIZON'S TECHNOLOGIES, INC. | WORCESTER, MA | Non-Joint-Construction | Act | 07/30/2001 |
| 9599 | NEXAMP, INC. | N ANDOVER, MA | Non-Joint-Construction | Act | 02/03/2010 |
| 9074 | NORTHEAST DISTRIBUTORS, INC. | WHITMAN, MA | Non-Joint-Construction | Act | 10/20/2004 |
| 9632 | NORTHEAST ELECTRICAL SERVICES | BELLINGHAM, MA | Non-Joint-Construction | Act | 04/23/2010 |
| 7880 | NORTHEAST PAINTING ASSOCIATES, INC. | NORTHAMPTON, MA | Non-Joint-Construction | Act | 03/26/1996 |
| 9630 | NORTHEASTERN SHEET METAL CO., INC. | WINDSOR LOCKS, CT | Non-Joint-Construction | Act | 04/15/2010 |
| 9563 | NORTHSTAR CONSTRUCTION SERVICES CORP. | LEOMINSTER, MA | Non-Joint-Construction | Act | 11/20/2009 |
| 9593 | NORTHSTAR MECHANICAL, INC. | PLYMOUTH, MA | Non-Joint-Construction | Act | 01/25/2010 |
| 8561 | NOTCH MECHANICAL CONSTRUCTORS | CHICOPEE, MA | Non-Joint-Construction | Act | 06/07/2000 |
| 8732 | NSTAR ELECTRIC & GAS CORP. | DORCHESTER, MA | Non-Joint-Construction | Act | 12/20/2001 |
| 9511 | O. H. BURG CORP. | STOUGHTON, MA | Non-Joint-Construction | Act | 07/16/2009 |
| 7881 | ORCHARD ELECTRIC, INC. | FLORENCE, MA | Non-Joint-Construction | Act | 03/26/1996 |
| 9597 | P. CALIACCO CORP. | WEYMOUTH, MA | Non-Joint-Construction | Act | 02/01/2010 |
| 9236 | P. H. MECHANICAL CORPORATION | Dorchester, MA | Non-Joint-Construction | Act | 06/22/2006 |
| 99815 | P.A. LANDERS | HANOVER, MA | Non-Joint-Construction | Act | 10/01/2010 |
| 9334 | PAQUETTE ELECTRIC CO., INC. | POMFRET CENTER, CT | Non-Joint-Construction | Act | 06/12/2007 |
| 9130 | PARR ELECTRIC, INC. | DANVERS, MA | Non-Joint-Construction | Act | 04/06/2005 |
| 8824 | PAUL J. ROGAN CO. INC. | BRAINTREE, MA | Non-Joint-Construction | Act | 09/05/2002 |
| 99797 | PENTA CORPORATION | MOULTONBORO, NH | Non-Joint-Construction | Act | 07/21/2010 |
| 9643 | PERGOLA CONSTRUCTION CO., INC. | SWAMPSCOTT, MA | Non-Joint-Construction | Act | 05/27/2010 |
| 7609 | PHILLIPS ELECTRIC CORP. | DEDHAM, MA | Non-Joint-Construction | Act | 06/13/1994 |
| 9059 | PIERCE REFRIGERATION, INC. | W BRIDGEWATER, MA | Non-Joint-Construction | Act | 08/23/2004 |
| 9564 | PILGRIM INTERIORS, INC. | CHICOPEE, MA | Non-Joint-Construction | Act | 11/23/2009 |
| 9614 | PIONEER VALLEY CONCRETE SERVICE, INC. | CHICOPEE, MA | Non-Joint-Construction | Act | 03/05/2010 |
| 9369 | PIPER ELECTRICAL CO., INC. | LEOMINSTER, MA | Non-Joint-Construction | Act | 10/29/2007 |
| 9036 | PIPING SYSTEMS, INC. | ASSONET, MA | Non-Joint-Construction | Act | 05/17/2004 |
| 9423 | PLATINUM SERVICES, INC. | STOUGHTON, MA | Non-Joint-Construction | Act | 07/08/2008 |
| 9562 | POWERS ELECTRIC, INC. | VINEYARD HAVEN, MA | Non-Joint-Construction | Act | 11/19/2009 |
| 9454 | PROFESSIONAL ELECTRICAL CONTRACTORS OF CT, INC. | NORWOOD, MA | Non-Joint-Construction | Act | 11/07/2008 |
| 9525 | PROFESSIONAL ELECTRICAL CONTRACTORS OF CT, INC. | PAWTUCKET, RI | Non-Joint-Construction | Act | 08/24/2009 |
| 8360 | PROFESSIONAL FIRE & SECURITY, INC. | ASSONET, MA | Non-Joint-Construction | Act | 01/12/1999 |
| 9280 | PROLINE INDUSTRIES, INC. | S EASTON, MA | Non-Joint-Construction | Act | 01/31/2007 |
| 8399 | R & R WINDOW CONTRACTORS, INC. | EASTHAMPTON, MA | Non-Joint-Construction | Act | 04/01/1999 |
| 8394 | R. A. C. BUILDERS, INC. | AGAWAM, MA | Non-Joint-Construction | Act | 03/01/1999 |
| 9626 | R. A. HAMMOND CONSTRUCTION CORP. | N OXFORD, MA | Non-Joint-Construction | Act | 03/31/2010 |
| 8411 | R. H. WHITE CONSTRUCTION CO., INC. | AUBURN, MA | Non-Joint-Construction | Act | 04/16/1999 |
| 9275 | R.C. SHAW SPRINKLER CO., INC. | WORCESTER, MA | Non-Joint-Construction | Act | 01/09/2007 |
| 9570 | R.J. FORBES PAINTING CONTRACTOR, INC. | ATTLEBORO, MA | Non-Joint-Construction | Act | 12/01/2009 |
| 8019 | RALCO ELECTRIC, INC. | WESTPORT, MA | Non-Joint-Construction | Act | 01/15/1997 |
| 99796 | RED LINE WALL SYSTEMS | LEOMINSTER, MA | Non-Joint-Construction | Act | 07/21/2010 |

**Sponsors/Programs Joint construction = Union  Non-joint construction = Non-union**

| Program | Sponsor | Location | Sponsor Type | Status | Approved Date |
|---|---|---|---|---|---|
| | Sponsors/Programs Joint construction = Union  Non-joint construction = Non-union | | | | |
| 7849 | RELCO (Reilly Electrical Contractors, Inc.) | SOUTH EASTON, MA | Non-Joint-Construction | Act | 12/06/1995 |
| 7146 | RENAUD ELECTRIC & COMMUNICATIONS, INC. | SUTTON, MA | Non-Joint-Construction | Act | 11/28/1989 |
| 9565 | RESTORATIONS, INC. | HINSDALE, MA | Non-Joint-Construction | Act | 11/24/2009 |
| 9618 | REVOLI CONSTRUCTION CO., INC. | FRANKLIN, MA | Non-Joint-Construction | Act | 03/18/2010 |
| 8698 | RGS COMMUNICATIONS, INC. | PALMER, MA | Non-Joint-Construction | Act | 07/23/2001 |
| 9510 | RHC GENERAL CONTRACTING, INC. | HANOVER, MA | Non-Joint-Construction | Act | 07/02/2009 |
| 99817 | RICHARD T. LOSORDO ELECTRICAL SERVICES, INC. | BROCKTON, MA | Non-Joint-Construction | Act | 10/19/2010 |
| 9239 | RIVERDALE PLUMBING & HEATING, INC | WALPOLE, MA | Non-Joint-Construction | Act | 07/17/2006 |
| 9039 | RIVERS ELECTRICAL CORP. | HOLBROOK, MA | Non-Joint-Construction | Act | 05/24/2004 |
| 9576 | RJV CONSTRUCTION CORPORATION | CANTON, MA | Non-Joint-Construction | Act | 12/18/2009 |
| 9517 | ROBERT B. OUR CO., INC. | HARWICH, MA | Non-Joint-Construction | Act | 08/03/2009 |
| 4801 | ROBERT W. IRVINE & SONS, INC. | LYNN, MA | Non-Joint-Construction | Act | 04/01/1980 |
| 9494 | ROCKWELL ROOFING, INC. | LEOMINSTER, MA | Non-Joint-Construction | Act | 04/27/2009 |
| 8966 | ROMAN IRON WORKS, INC. | SOMERVILLE, MA | Non-Joint-Construction | Act | 10/15/2008 |
| 9548 | RONALD SEABOYER | MELROSE, MA | Non-Joint-Construction | Act | 10/23/2009 |
| 5540 | ROY SPITTLE ASSOCIATES, INCORPORATED | GLOUCESTER, MA | Non-Joint-Construction | Act | 05/16/1983 |
| 8286 | RUSTIC FIRE PROTECTION INC. | NORTON, MA | Non-Joint-Construction | Act | 02/28/1994 |
| 9173 | S & M ELECTRIC, INC. | WILMINGTON, MA | Non-Joint-Construction | Act | 09/21/2005 |
| 9634 | S AND S CONCRETE FORMS | SWANSEA, MA | Non-Joint-Construction | Act | 04/28/2010 |
| 8833 | S. DONNELLY ELECTRIC, INC. | LAKEVILLE, MA | Non-Joint-Construction | Act | 10/08/2002 |
| 9453 | SACCA ELECTRIC, LLC | PELHAM, NH | Non-Joint-Construction | Act | 10/29/2008 |
| 7541 | SAGAMORE PLUMBING AND HEATING, INC. | WEYMOUTH, MA | Non-Joint-Construction | Act | 08/09/1993 |
| 9456 | SAVINO & SONS OIL | WOBURN, MA | Non-Joint-Construction | Act | 11/17/2008 |
| 9645 | SCHLAGER CO., INC. | E WEYMOUTH, MA | Non-Joint-Construction | Act | 06/10/2010 |
| 9539 | SEEKONK HEATING SERVICES, INC. | SEEKONK, MA | Non-Joint-Construction | Act | 10/01/2009 |
| 9558 | SHAWS SUPERMARKETS, INC. | W BRIDGEWATER, MA | Non-Joint-Construction | Act | 11/09/2009 |
| 7534 | SIGNET ELECTRONIC SYSTEMS, INC. | NORWELL, MA | Non-Joint-Construction | Act | 07/01/1993 |
| 9038 | SIMPLEX GRINNELL | NORWOOD, MA | Non-Joint-Construction | Act | 02/02/2006 |
| 9492 | SIMPLEX GRINNELL | WORCESTER, MA | Non-Joint-Construction | Act | 04/21/2009 |
| 9119 | SMITH & LaMOUNTAIN SERVICES, CORP | MONSON, MA | Non-Joint-Construction | Act | 03/25/2009 |
| 8420 | SMJ METALS CO., INC. DBA RALPH'S BLACKSMITH | NORTHAMPTON, MA | Non-Joint-Construction | Act | 03/22/1999 |
| 7671 | SOMMER ELECTRIC CO., INC. | ADAMS, MA | Non-Joint-Construction | Act | 10/01/1994 |
| 9541 | SPATH & SON, INC. | WESTFIELD, MA | Non-Joint-Construction | Act | 10/14/2009 |
| 9319 | SPINDLE CITY INSULATION, INC. | FALL RIVER, MA | Non-Joint-Construction | Act | 10/23/2007 |
| 99794 | SS SERVICE CORP | TAUNTON, MA | Non-Joint-Construction | Act | 07/07/2010 |
| 8818 | STANLEY ROOFING CO., INC. | IPSWICH, MA | Non-Joint-Construction | Act | 07/30/2002 |
| 8339 | STATEWIDE MECHANICAL CONTRACTORS, INC. | CHICOPEE, MA | Non-Joint-Construction | Act | 10/01/1998 |
| 5481 | STILIAN ELECTRIC, INC. | GEORGETOWN, MA | Non-Joint-Construction | Act | 03/01/1983 |
| 9256 | STRADA CONSTRUCTION CO., INC. | MALDEN, MA | Non-Joint-Construction | Act | 10/11/2006 |
| 5483 | SUBURBAN ELECTRIC CONTRACTING, INC. | STOUGHTON, MA | Non-Joint-Construction | Act | 01/01/1983 |
| 9550 | SUMCO ECO-CONTRACTING, LLC | SALEM, MA | Non-Joint-Construction | Act | 10/23/2009 |
| 9412 | SUPERIOR PLUMBING INC. | DEDHAM, MA | Non-Joint-Construction | Act | 04/04/2008 |
| 2578 | SUPERIOR SHEETMETAL, INC. | HOLBROOK, MA | Non-Joint-Construction | Act | 01/02/1974 |
| 6941 | SYSTEMS CONTRACTING, INC. | PLYMOUTH, MA | Non-Joint-Construction | Act | 04/01/1989 |
| 9234 | SYSTEMS ELECTRICAL SERVICES, INC. | REVERE, MA | Non-Joint-Construction | Act | 06/12/2006 |
| 9326 | TC CONTROLS & SERVICES, INC. | CHICOPEE, MA | Non-Joint-Construction | Act | 05/07/2007 |
| 8293 | THE CHAPPY CORPORATION | CHELSEA, MA | Non-Joint-Construction | Act | 11/10/1994 |
| 8691 | THE DARCY COMPANY | HOLYOKE, MA | Non-Joint-Construction | Act | 07/16/2001 |
| 9587 | THE MIDDLESEX CORPORATION | LITTLETON, MA | Non-Joint-Construction | Act | 01/04/2010 |
| 99808 | THE SANDRI COMPANIES | GREENFIELD, MA | Non-Joint-Construction | Act | 09/01/2010 |
| 4475 | THOMAS E. SNOWDEN, INC. | SAUGUS, MA | Non-Joint-Construction | Act | 02/01/1979 |
| 9097 | THOMPSON WATERPROOFING, INC. | QUINCY, MA | Non-Joint-Construction | Act | 01/20/2005 |
| 8250 | TOCCO BUILDING SYSTEMS | BILLERICA, MA | Non-Joint-Construction | Act | 04/28/2005 |

| Sponsors/Programs Joint construction = Union Non-joint construction = Non-union | | | | | |
|---|---|---|---|---|---|
| Program | Sponsor | Location | Sponsor Type | Status | Approved Date |
| 9581 | TOM GIOIOSO CONSTRUCTION, INC. | ROCKLAND, MA | Non-Joint-Construction | Act | 12/22/2009 |
| 9606 | TOWER CONSTRUCTION CORP. | SEEKONK, MA | Non-Joint-Construction | Act | 03/01/2010 |
| 8032 | TOWNSEND WELDING CO., INC. | WILMINGTON, MA | Non-Joint-Construction | Act | 01/14/1997 |
| 9577 | TURNER BROTHERS, LLC | RAYNHAM, MA | Non-Joint-Construction | Act | 12/18/2009 |
| 9413 | TWIN CITY ELECTRIC & ALARM CORP. | FALL RIVER, MA | Non-Joint-Construction | Act | 04/30/2008 |
| 9590 | UGL-UNICCO | AUBURNDALE, MA | Non-Joint-Construction | Act | 01/13/2010 |
| 9371 | UMASS DARTMOUTH DEPT. OF PUBLIC SAFETY | N DARTMOUTH, MA | Non-Joint-Construction | Act | 11/15/2007 |
| 9588 | UMBRO & SONS CONSTRUCTION CORP. | ROXBURY, MA | Non-Joint-Construction | Act | 01/08/2010 |
| 9472 | UNITED AIR CONDITIONING & HEAT, INC. | MATTAPAN, MA | Non-Joint-Construction | Act | 02/10/2009 |
| 9435 | UNITED STEEL, INC. | E HARTFORD, CT | Non-Joint-Construction | Act | 08/08/2008 |
| 9005 | V & G IRONWORKS, INC. | TEWKSBURY, MA | Non-Joint-Construction | Act | 12/22/2003 |
| 9405 | V. FRANCIS MECHANICAL CONTRACTING COMPANY INC.* | ROXBURY, MA | Non-Joint-Construction | Act | 04/03/2008 |
| 9449 | VIKING CONTROLS, INC. | NASHUA, NH | Non-Joint-Construction | Act | 10/22/2008 |
| 9574 | VMA ELECTRIC, INC. | MARLBOROUGH, MA | Non-Joint-Construction | Act | 12/15/2009 |
| 7936 | W. H. HUGHES, INC. | WALTHAM, MA | Non-Joint-Construction | Act | 08/01/1996 |
| 9639 | W. WALSH COMPANY, INC. | ATTLEBORO, MA | Non-Joint-Construction | Act | 05/25/2010 |
| 9161 | W.F. JOHNSON & SON ELECTRICAL CO., INC. | SOUTHWICK, MA | Non-Joint-Construction | Act | 06/29/2005 |
| 9226 | W.S. ANDERSON, INC. | BROCKTON, MA | Non-Joint-Construction | Act | 05/19/2006 |
| 8390 | WAREHOUSE MECHANICAL CONTRS., INC. | CHICOPEE, MA | Non-Joint-Construction | Act | 02/11/1999 |
| 9272 | WATERLINE INDUSTRIES CORP. | SEABROOK, NH | Non-Joint-Construction | Act | 01/02/2007 |
| 7483 | WAYNE J. GRIFFIN ELECTRIC, INC. | HOLLISTON, MA | Non-Joint-Construction | Act | 04/26/1993 |
| 8559 | WCI CORPORATION | BOSTON, MA | Non-Joint-Construction | Act | 05/19/2000 |
| 7962 | WEST FLOOR COVERING, INC. | PEMBROKE, MA | Non-Joint-Construction | Act | 09/11/1996 |
| 99809 | X-CEL FIRE PROTECTION INC. | SALEM, NH | Non-Joint-Construction | Act | 09/01/2010 |
| 8501 | YOUNG ELECTRICAL SERVICES,INC. | TAUNTON, MA | Non-Joint-Construction | Act | 09/19/1999 |