UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UTILITY CONTRACTORS ASS'N<br>OF NEW ENGLAND, INC.,<br>W. WALSH COMPANY, INC.,<br>and RODNEY ELDERKIN,<br><br>        Plaintiffs,<br>v.<br><br>CITY OF FALL RIVER,<br><br>        Defendant. | Civil Action No. 10-10994 |

## JOINT PROPOSED ORDER

On June 15, 2010, Plaintiffs filed a Complaint alleging certain provisions in Fall River Public Bidding Ordnances were unconstitutional or unlawful and requesting an ex parte Temporary Restraining Order.

On or about June 23, 2010, parties, in lieu of an injunction hearing, entered into certain agreements, and this Court entered an Order consistent with those agreements, Docket Document 10.

A Hearing on Plaintiffs' Motion for Summary Judgment was held on Tuesday, November 23, 2010. Following Oral Argument, the Court took the matter under advisement. That Motion remains pending.

Since the aforesaid hearing, Fall River went to bid a public works project that incorporated Fall River Ordinance 2000-2-924 and 2-925. The bid document incorporates this Ordinance mandating each contractor provide its employees with group health insurance and that each contractor maintain a state approved apprenticeship program for each trade to be employed

900116.2

on site. Plaintiff opines those requirements are unconstitutional and unlawful and inclusion in the bid document violates the Court Order dated June 23, 2010. Fall River maintains that those requirements are lawful and do not violate the Court Order dated June 23, 2010.

To avoid further intervention by this Court, the parties have again reached certain agreements and request the following Order be entered by this Court:

The Order entered June 23, 2010 to stay enforcement of Fall River's residency requirement, mandatory apprenticeship program, group health insurance requirement, mandatory pension plan, and certification of compliance remains in full force and effect. To further clarify that Order, it continues in full force and effect, and prohibits Fall River from mandating a residency requirement, a group health insurance plan, a pension plan, or an apprenticeship program and certification of compliance as to any of these topics, on any and all city projects to be bid on or after December 14, 2010 and until a decision is entered by this Court on Plaintiffs' Motion for Summary Judgment.

So Ordered.

_____
Rya W. Zobel, J. USDC
December 15, 2010

Respectfully Submitted,
UTILITY CONTRACTORS ASSOC. OF NEW ENGLAND, INC., W. WALSH COMPANY, INC., and RODNEY ELDERKIN,

By their Attorneys,

/s/ Richard D. Wayne
Richard D. Wayne, BBO #518200
HINCKLEY, ALLEN & SNYDER LLP
28 State Street
Boston, MA 02109
Phone: (617) 345-9000

Dated: December 14, 2010

900116.2

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

Undersigned counsel certify that they have conferred with counsel for the Defendant in a good faith effort to resolve or narrow the issues raised in Plaintiffs' Motion for Summary Judgment, but have been unable to do so.

## CERTIFICATE OF SERVICE

I, Richard D. Wayne, hereby certify that on this 14th day of December, 2010, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Richard D. Wayne
Richard D. Wayne